**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Lee, Christine Ye Young | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  6341 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>382 Cherokee Road<br>Lake Forest, IL                    ZIPCODE 60045 | Street Address of Joint Debtor (No. and Street, City, and State                    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Christine Ye Young Lee |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Christine Ye Young Lee |
|---|---|

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Christine Ye Young Lee
_____
Signature of Debtor

**X**_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
August 10, 2014
_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

**X** /s/ David Leibowitz
_____
Signature of Attorney for Debtor(s)
DAVID LEIBOWITZ 1612271
_____
Printed Name of Attorney for Debtor(s)
Lakelaw
_____
Firm Name
420 West Clayton Street
_____
Address
Waukegan, IL 60085
_____

847.249.9100   dleibowitz@lakelaw.com
_____
Telephone Number                    e-mail
August 10, 2014
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re Christine Ye Young Lee _____    Case No._____
            Debtor(s)    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                          Page 2

☐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
        ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:        /s/ Christine Ye Young Lee
                    _____
                            CHRISTINE YE YOUNG LEE

Date: _____
                    August 10, 2014

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re    Christine Ye Young Lee _____    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor lives in property owned by Cherokee, LLC - owned in turn by Elite Cable Communications, LLC<br><br>Debtor owns 1% of Elite Cable Communications; Debtor's mother and and cousin own 99% of Elite Cable (see Sch. B) | leasehold - part of employment | | 0.00 | None |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

In re    Christine Ye Young Lee _____    Case No. _____
_____
_____Debtor_____                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>Debtor's purse | | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank Checking<br>Debtor is paid bi-weekly net approx $1300.  Assumes filing near pay-day | | 1,600.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen items<br>Kitchen - table and six chairs ($100)<br>Pots/Pans - kitchen utensils ($50)<br>Kitchen electric items ($50)<br>Stainless flatware ($10)<br>Dishes ($20) | | 280.00 |
| | | Bedroom Items - 15-25 years old<br>3 beds (full/queen) 2 beds (twin) ($100)<br>vanity, armoire ($150)<br>dresser/nightstand ($100)<br>Bed linens ($10) lamps ($30)<br>rugs ($50)<br>couch-chair ($50) | | 590.00 |
| | | Living Room Items<br>coffee table ($50)<br>center table ($50)<br>couch and chairs - see bedroom | | 100.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

In re   __Christine Ye Young Lee__           Case No. _____
             __Debtor__                                                __(If known)__

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Television (Sony wall mounted) Living room | | 500.00 |
| | | bathroom items | | 10.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art Framed painting acquired years ago at an art show - valued at cost - artist's name not known. | | 1,500.00 |
| | | Pictures Small painting or pictures believed not to have any intrinsic value | | Unknown |
| 6.   Wearing apparel. | | Normal wardrobe of woman's wearing apparel Debtor tends to wear informal clothing. | | 500.00 |
| 7.   Furs and jewelry. | | Diamond Necklace "tennis necklace" Residence | | 5,000.00 |
| | | Diamond Bracelet "tennis bracelet" Cherokee Residence | | 2,000.00 |
| | | Diamond Earings Gift from late husband Debtor has not had these appraised estimated .8 ct. each. Quality of diamonds not known. | | 6,000.00 |
| | | Lady's Rolex Watch Resale value estimated - 2-tone less expensive woman's variety | | 1,000.00 |
| | | Pearl necklace (estimated 6mm size) -18 inches Devalued owing to age - likely to be discolored | | 500.00 |
| | | Pearl earings | | 100.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.; ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

In re  Christine Ye Young Lee
_____    Case No. _____
                **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | | 20 year old golf clubs | | 50.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA<br>Fifth Third Bank<br>(Frozen per citation to discover assets<br>See Statement of Financial Affairs) | | 6,000.00 |
| | | SEP - IRA -Merrill Lynch<br>Merrill Lynch | | 26,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 1% Membership interest in Elite Cable Communications LLC<br>Debtor believes 1% interest in this entity was transferred to her  by mother and cousin who owned 100% to facilitate Woman-Minority Business Enterprise Application.  Has no paperwork on this. | | 100.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Refund of retainer from Alan Segal (tax attorney) | | 3,000.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

In re  Christine Ye Young Lee                                    Case No. _____
               **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Law Offices of Alan F. Segal & Assoc. PC<br>29 S. LaSalle St.<br>Ste. 334<br>Chicago, IL 60603 | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Life insurance Policy 100070595<br>Athene Anuity and LIfe<br>7700 Mills Civic Pkwy<br>West Des Moines, IA 50266<br>Death benefit $774,713.00<br>Dependent children beneficiaries | | 80,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Potential malpractice claim against Alan Segal | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Honda Odyssey (120,000 miles)<br>382 Cherokee Road<br>Lake Forest, IL<br>(value per AOL Autos - Trade in value<br>Very Good Condition) | | 10,043.00 |
| | | Ford Taurus - 2013 - 10,000 - possessory interest only<br>Owned by Elite Cable<br>Debtor uses this as part of her work and<br>as part of her compensation for work | | 0.00 |

In re    Christine Ye Young Lee                                    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Cell Phone possessory interest - owned by Elite Cable Debtor's person | | 0.00 |
| | | Apple lap top computer (7 years old) | | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___0___ continuation sheets attached    Total    $    145,173.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6C (Official Form 6C) (04/13)**

In re   Christine Ye Young Lee _____   Case No. _____
          **Debtor**                                                               **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Chase Bank Checking | 735 ILCS 5/12-803 | 1,105.00 | 1,600.00 |
| 2007 Honda Odyssey (120,000 miles) | 735 I.L.C.S 5§12-1001(b)<br>735 I.L.C.S 5§12-1001(c) | 4,000.00<br>2,400.00 | 10,043.00 |
| Life insurance Policy 100070595 | 735 I.L.C.S 5§12-1001(f) | 80,000.00 | 80,000.00 |
| Normal wardrobe of woman's wearing apparel | 735 I.L.C.S 5§12-1001(a) | 500.00 | 500.00 |
| IRA | 735 I.L.C.S 5§12-1006 | 6,000.00 | 6,000.00 |
| SEP - IRA -Merrill Lynch | 735 I.L.C.S 5§12-1006 | 26,000.00 | 26,000.00 |
| | Total exemptions claimed: | 120,005.00 | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07)**

In re _____,     Case No. _____
Christine Ye Young Lee

Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal ➤     $    0.00     $    0.00
(Total of this page)

Total ➤        $    0.00     $    0.00
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13)**

In re  Christine Ye Young Lee _____,          Case No._____
                               Debtor                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.  ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re_____Christine Ye Young Lee_____,        Case No._____
                          Debtor                                                                    (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re ___Christine Ye Young Lee_____,        Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADRIANDIACONU <br> 1808 N 40TH AVE <br> STONE PARK, IL 60165 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Adrian Avitia <br> 1947 N Heritage Drive <br> Palatine, IL 60074 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Adriano Penteado <br> 719 S Lake St. <br> Mundelein, IL 60060 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> ALEJANDRO JIMENEZ <br> 3330 W BELDEN AVE # 1 <br> CHICAGO, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

_____51_____continuation sheets attached

Subtotal ➤ | $        0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,        Case No. _____
           **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALEX HERNANDEZ<br>5235 N LARAMIE AVE<br>CHICAGO, IL 60630 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Alex Thomas<br>815 W Montrose Ave<br>Chicago, IL 60613 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Ali N. Yafai<br>6129 N Karlov Ave<br>Chicago, IL 60646 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.   2001<br><br>American Express<br>P O Box 0001<br>Los Angeles, CA 90096-8000 | | | Incurred: 2012 and prior<br>Consideration: Credit Cards<br>debtor's former business<br>Lawsuit pending 13 AR 960 see SOFA | | | | 21,720.60 |
| ACCOUNT NO.<br><br>Andre Ahouissoussi<br>69 Hemlock Place Apt B<br>Park Forest, IL 60466 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __1__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 21,720.60

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,   Case No. _____
             **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Andre Street<br>8138 S Marshfield Ave Apt 3<br>Chicago, IL 60620 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>ANDRES GALLEGOS<br>2835 W 40TH ST<br>CHICAGO, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Andres Leyva<br>2506 S 59th Ave<br>Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Andrew Rufus<br>6200 Hoyne Ave Apt 3B<br>Chicago, IL 60659 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>ANDRZEJ CIESLA<br>5450 ASTOR LN APT 204<br>ROLLING MDWS, IL 60008 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __2__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____
                   **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ANGEL E. CASTANEDA <br> 116 E CANTERBURY DR <br> ARLINGTON HTS,IL 60004 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br> ANTHONY GRANADOS <br> 1047 DEKALB AVEBSMT <br> BROOKLYN, NY 11221 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br> Anton Lazarev <br> 4780 Calvert Drive Apt B1 <br> Rolling Meadows, IL 60008 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br> Antonie A. Land <br> 695 Madison Lane <br> University Park, IL 60484 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br> Antonio Morales <br> 3327 W 59th St <br> Chicago, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __3__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,        Case No. _____
                  **Debtor**                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARMANDO GALLEGOS <br> 2419 N MEADE AVE <br> CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Arthur A. Kawalec <br> 412 Marvin Place <br> Wheeling, IL 60090 | | | Consideration: Credit Cards <br> Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Arthuro Macias <br> 2738 NE 30th Place APt 11 <br> Ft. Lauderdale, FL 33306 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Arturo Torres <br> 6227 W Bryon St <br> Chicago, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Arunas Satkus <br> 13745 W Cedarbend Dr <br> Homer Glen, IL 60491 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __4__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,   Case No. _____
  **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Asuhan Leyva<br>2506 S 59th Ave<br>Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>Axel Leyva<br>2506 S 59th Ave<br>Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.   4163<br>Barclay Bank Delaware<br>PO Box 8802<br>Wilmington, DE 19899-8802 | | | Consideration: Credit card debt | | | | 800.00 |
| ACCOUNT NO.<br>BERNARDO CRUZ<br>8225 LAVERGNE AVE<br>BURBANK, IL 60459 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.   960<br>Blitt and Gaines, P.C.<br>661 W. Glenn Avenue<br>Wheeling, IL 60090 | | | Consideration: Representing American Express Law Suit Pending See SOFA | | | | Notice Only |

Sheet no. __5__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   800.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,     Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Boldbaatar Batbold<br>4610 Washington St Apt 3E<br>Skokie, IL 60076 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>BRUCE JENKINS<br>7520 N SEELEY AVE<br>CHICAGO, IL 60645 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.  xxxx<br>Capital One Bank USA NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | | | Consideration: Credit Cards law suit pending | | | | 12,000.00 |
| ACCOUNT NO.<br>CARL HAMLIN<br>3610 ADAMS ST<br>BELLWOOD IL 60104 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>CARLOSFLORES<br>5846 S FAIRFIELD AVE<br>CHICAGO, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __6__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $             12,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,     Case No. _____
         **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carlos Oshima<br>1649 N Mango Ave<br>Chicago, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Carlos Rosas<br>705 Oakwood Drive<br>Round Lake Beach, IL 60073 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>CARNELL JONES<br>718 N 5TH AVE<br>MAYWOOD, IL 60153 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>CAYETANO ESPINOZA<br>10908 S AVENUE C<br>CHICAGO, IL 60617 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>CEZARYBUJNO<br>4115 N AUSTIN AVE<br>CHICAGO, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. _7_ of _51_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Christine Ye Young Lee_____,   Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charles A Sumpter<br>4100 186th Place<br>Country Club Hills, IL 60478 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Chiron Williams<br>9259 Cedar Lave<br>Des Plaines, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Christopher A. Knight<br>943 Hartford Lane<br>Elk Grove Village, IL 60007 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>CHRISTOPHER DICKSON<br>14 OAK VALLEY DR<br>CARY, IL60013 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Christopher Sahakian<br>8616 A Paulina St<br>Chicago, IL 60620 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __8__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,      Case No. _____
        **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ****<br><br>Citibank SD NA<br>PO 6241<br>Sioux Falls, SD 57117 | | | Consideration: Credit Cards | | | | 10,000.00 |
| ACCOUNT NO.<br><br>City Center Properties LLC<br>c/o Michael T. O'Connor<br>440 W. Randolph St. #500<br>Chicago, IL 60606 | | | Lawsuit 2013 L 1102 | | | | 75,000.00 |
| ACCOUNT NO.<br><br>Claude Sandy<br>9549 Lowell Ave<br>Skokie, IL 60076 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Craig Kimsey<br>16010 Ashland Ave<br>Harvey, IL 60426 | | | Consideration: Credit Cards<br>Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Crisoforo Arredondo<br>4166 Cove Lane<br>Glenview, IL 60025 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __9__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 85,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,        Case No. _____
    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Damion Sims<br>18310 Olde Farm Road<br>Lansing, IL 60438 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>DANIEL GALLEGOS<br>2343 S CENTRAL AVE<br>CICERO,IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>DANIEL GUZMAN<br>2306 S AVERS AVE<br>CHICAGO, IL 60623 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Dante Baker<br>1049 N. Lavergne Ave<br>Chicago, IL 60651 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>DARIUSZ GAJDA<br>1601 SILVERGATE CT<br>GURNEE, IL 60031 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __10__ of __51__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Christine Ye Young Lee _____ ,    Case No. _____

        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Darrell Piggie<br>1914 W Lunt Ave<br>Chicago, IL 60626 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>DAVID FLORES<br>1900 N KENNETH AVE<br>CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>David Ramirez<br>2346 W 21st Place<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>David Reneros<br>2321 N Kostner Ave<br>Chicago, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>David Velez<br>1216 W Hirsch St<br>Melrose Park, IL 60160 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __11__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Christine Ye Young Lee _____ ,       Case No. _____
       **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAWAN HANNAH<br>18225 EVERGREEN RD<br>DETROIT, MI 48219 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Deo Montenegro<br>595 Canterbury Lane<br>Pinegree Grove, IL 60140 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.  6341<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Too much text for this space to hold | | | | 638,231.19 |
| ACCOUNT NO.  6341<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Too much text for this space to hold | | | X | 33,684.74 |
| ACCOUNT NO.  6341<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Too much text for this space to hold | | | | 180,000.00 |

Sheet no. __12__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 851,915.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Christine Ye Young Lee _____ ,    Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ****<br>Department Store National Bank/Macy's<br>PO Box 8218<br>Mason, OH 45040 | | | Consideration: Credit card debt | | | | 500.00 |
| ACCOUNT NO.<br>Desmond Smith<br>16410 Claire Lane<br>South Holland, IL 60473 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>DIEGO CORTES<br>5752 N ELSTON AVE BSMT<br>CHICAGO, IL 60646 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.   ****<br>Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | | | Consideration: Credit card debt | | | | 10,000.00 |
| ACCOUNT NO.<br>Donnell Langs<br>3346 W Crystal St Apt 2<br>Chicago, IL 60651 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. 13 of 51 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 10,500.00 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eddy Lau<br>2615 Rohlwing Road Apt 202<br>Rolling Meadows, IL 60008 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Edgar Sandoval-Maldonado<br>3241 S 50th Ave<br>Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>EDUARDO H. BUSTAMENTE<br>3123 W 83RD PL<br>CHICAGO, IL 60652 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Eduardo Soto<br>4841 W. Montrose Ave<br>Chicago, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Eduardo Tomeo<br>1953 Euclid Ave Apt 105<br>Berwyn, IL 60402 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __14__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charles Ellenbecker<br>3043 W. Gunninson St., Apt<br>Chicago, IL 60625-4327 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Charles Ellenbecker<br>6504 N. Richard St., Unit 1<br>Chicago, IL 60645-4209 | | | Incurred: 2013<br>Consideration: Judgment for $165,000<br>Imposing post-judgment interest<br>See Statement of Financial Affairs | | | | 180,000.00 |
| ACCOUNT NO.<br><br>EMMANUEL FIGUEROA<br>4812 W CONCORD PL # 1<br>CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Emmanuel Serpa<br>3017 Bransbury Court<br>Kissimmee, FL 34747 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>ERNESTO ESQUEDA<br>2537 S LAWNDALE AVE<br>CHICAGO, IL 60623 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __15__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        180,000.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ernesto Serrano<br>9657 Franklin Ave<br>Franklin Park, IL 60131 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>ERSIN EREN<br>4220 N FRANCISCO AVE # 2<br>CHICAGO, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Esteban Beltran<br>3415 N Laramie Ave<br>Chicago, IL 60641 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Fauston Salgado<br>5114 S Wolcott Ave<br>Chicago, IL 60609 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Fernando Canto<br>3329 S Ashland Ave<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __16__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
                              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FERNANDO CASTILLO<br>3450 N TROY ST<br>CHICAGO, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Fernando G. Ovalle<br>3414 N Keating Ave Apt 2<br>Chicago, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Fethi Saada<br>5731 W Patterson Ave<br>Chicago, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>FIDEL ESPINOZA<br>4315 N KIMBALL AVE<br>CHICAGO, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Francisco Ambriz Jr.<br>6730 S. Kedvale Ave<br>Chicago, IL 60629 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __17__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FRANCISCO L. CHAVEZ<br>5846 S FAIRFIELD AVE<br>CHICAGO, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Francisco Zambrano<br>2250 W Armitage Ave Apt 2W<br>Chicago, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.  0179<br><br>Freedman Anselmo Lindberg LLC<br>1771 W. Diehl Road<br>Suite 150<br>Naperville, IL 60566-7228 | | | Consideration: Credit card debt Representing Capital One Bank USA NA | | | | Notice Only |
| ACCOUNT NO.<br><br>Fuchs & Roselli Ltd.<br>440 W. Randolph #500<br>Chicago, IL 60606 | | | Attorneys for City Center Properties LLC | | | | Notice Only |
| ACCOUNT NO.<br><br>GABRIELENRIQUEZ<br>5248 S KOSTNER AVE<br>CHICAGO, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __18__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,   Case No. _____
**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gaudalupe Brito<br>1849 N. Keeler Ave<br>Chicago, IL 60639 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Georgi Minkov<br>10373 Dearlove Road Apt 5E<br>Glenview, IL 60025 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>GEORGIY GORELIK<br>495 OLD MCHENRY RD<br>WHEELING, IL 60090 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Gerard M. Lubieniecki<br>1806 E. Boulder Drive<br>Mt. Prospect, IL 60056 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>GREGORY DUNN JR.<br>1513 CENTRAL AVE APT 2<br>DUBUQUE, IA 52001 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __19__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____

            **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GREGORY GACEK<br>6616 W MELROSE ST<br>CHICAGO, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Gualberto Verduzco<br>8346 W Berwyn Ave<br>Chicago, IL 60656 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Gustavo Lopez<br>5247 W. Warner Ave<br>Chicago, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>HARENDRA KAILA<br>8927 N WASHINGTON ST APT A<br>NILES, IL60714 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Herberto Mendez<br>1802 W 21st Street<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __20__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal ➤ | $          0.00

                                            Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver.4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____
             **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIRAM CHAVEZ<br>126 N ROHLWING RD<br>PALATINE, IL 60074 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>HOANG M. HA<br>2850 W SUMMERDALE AVE<br>CHICAGO, IL 60625 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>IKE JEFFRIES<br>1108 S MENARD AVE<br>CHICAGO, IL 60644 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>JACEK GALYSA<br>627 SUTTON CT<br>WHEELING, IL 60090 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __21__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,   Case No. _____

       **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jacek Kawecki<br>5008 S. Karlov Ave<br>Chicago, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JACOB A.BULUDA<br>4724 S ELLIS AVEAPT 1A<br>CHICAGO, IL 60615 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Jaime Scharf<br>22333 SW 66th Ave Apt 1107<br>Boca Raton, FL 33428 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>James Worrell<br>1845 W 85th St<br>Chicago, IL 60620 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Javkhlan Otgonpurev<br>4915 W. Belle Plaine Ave Apt 202<br>Chicago, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __22__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal ➤  $          0.00

                                             Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Christine Ye Young Lee_____,      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jay Patel<br>1087 E Prairie Ave<br>Des Plaines, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JERARDO CHAGOYA<br>500 E DOGWOOD LN APT 403<br>MT PROSPECT, IL60056 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JERRY CUEVAS<br>20146 MOUNTAINDALE DR<br>CYPRESS, TX 77433 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JESUS GOMEX JR.<br>5041 N KENMORE AVE<br>CHICAGO, IL 60640 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JESUS GUTIERREZ<br>2318 S 59TH AVE<br>CICEROIL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __23__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $               0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Christine Ye Young Lee                              ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joaquin A. Silve-Cruz<br>2114 W 18th St #B<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Joe McCottry<br>9506 Lexington Ave<br>Brookfield, IL 60513 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Joe Mendoza<br>4437 N Louis St<br>Chicago, IL 60624 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Joel Marcias<br>3333 N. Nottingham Ave<br>Chicago, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Joel Sanchez<br>2343 N Talman Ave<br>Chicago, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __24__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,    Case No. _____
                          **Debtor**                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John Astefan<br>1144 Court G<br>Hanover Park, IL 60133 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>John Marin<br>809 South Street E.<br>Elgin, IL 60123 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>John Munoz<br>3050 N Laramie Ave 1<br>Chicago, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>John Stelly<br>8910 S Bennett Ave<br>Chicago, IL 60617 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JOSE GONZALEZ<br>5233 W GEORGE ST APT 2<br>CHICAGO, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __25__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,  Case No. _____
           **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JOSE HERNANDEZ 2234 N LAPORTE AVE CHICAGO IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. JOSE INFANTE 6826 CONESTOGA TRL LOVES PARK, IL 61111 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. Jose Rufino 4814 N Sawyer Ave Apt 2E-N Chicago, IL 60625 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. Jose Sanchez 1626 N Central Park Ave # 1 Chicago, IL 606047 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. JUAN GAYTAN 2056 N LA CROSSE AVE APT 1 CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __26__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____
          **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JUAN HERRERA<br>3123 N KENNETH AVE<br>CHICAGO, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>JUAN HINOJOSA<br>6158 W EDDY ST<br>CHICAGO, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Juan Moreno<br>6826 Conestoga Trail<br>Loves Park, IL 61111 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Juan Pletz<br>2458 S Harding Ave<br>Chicago, IL 60623 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Juan Samayoa<br>5963 Welcomeway Drive Apt 4<br>Portage, ID 46368 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. _27_ of _51_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Christine Ye Young Lee_____,    Case No. _____
           **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jugoslav Redzic<br>254 Sterling Lane<br>Bloomingdale, IL 60108 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Julio Quijano<br>2134 W. Rosemont Ave Apt 1A<br>Chicago, IL 60659 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Kaspars Pakulis<br>9019 Lamon Ave #1<br>Skokie, IL 60077 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>KEITH JACKSON<br>PO BOX 87113<br>CAROL STREAM, IL 60188 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Kenneth Briggs<br>3739 Salem Walk<br>Northbrook, IL 60062 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __28__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KENNETH EVANS <br> 1549 W SHERWIN AVE APT 304 <br> CHICAGO, IL 60626 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> KENT JONES <br> 1021 BOHLAND AVE <br> BELLWOOD, IL 60104 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Kestutis Mrazauskas <br> 2411 E Brandenberry Court Apt 2Q <br> Arlington Heights, IL 60004 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Krzysztof Kowal <br> 17 W. 335 Forest View <br> Bensonville, IL 60106 | | | Consideration: Credit card debt <br> Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> LAWRENCE FERNANDEZ <br> 3120 141ST ST <br> BLUE ISLAND, IL 60406 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __29__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lenell Smith<br>911 W 31st St #2<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Leonardo Rodriguez<br>1924 Scoville Ave #1<br>Berwyn, IL 60402 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>LEONID DINETS<br>1021 CHATHAM PL<br>VERNON HILLS, IL60061 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>LEWIS JOHNSON III<br>10740 S LOWE AVE<br>CHICAGO, IL 60628 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Liamonas Petrosius<br>4602 River Road Apt C4<br>Schiller Park, IL 60176 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __30__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Christine Ye Young Lee_____,    Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Linas Zubelis<br>341 Ottawa Dr<br>Bolingbrook, IL 60440 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>Louis McLaughlin<br>3734 N Troy St<br>Chicago, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUCIO CORRALES<br>1628 S 57TH CT<br>CICERO, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUCIO HERRERA<br>2246 N LARAMIE AVE<br>CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUIS A. ESPINOZA<br>810 N 32ND CT<br>HOLLYWOOD, FL 33021 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. _31_ of _51_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,        Case No. _____
          **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LUIS CABAN JR.<br>2415 W BYRON ST # 1<br>CHICAGO, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUIS CARBAJAL<br>1424 S 51ST AVE<br>CICERO, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUIS DE LA CRUZ<br>5928 W PATTERSON AVE<br>CHICAGO, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUIS E.DE LA CRUZ<br>2716 N LAWNDALE AVE<br>CHICAGO, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>LUIS GUILLEN<br>2951 N CLYBOURN AVE<br>CHICAGO, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __32__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Luis M. Arango<br>4130 W. Bryon St<br>Chicago, IL 60641 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Lukasz Stachyra<br>1417 E. Lillian Ave<br>Arlington Heights, IL 60004 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>MAHAMOUDOU DANKOURMA<br>3515 S COTTAGE GROVE AVE APT 303<br>CHICAGO, IL 60653 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Maksim Kaufman<br>6 E. Lillian Ave Apt 2A<br>Arlington Heights, IL 60004 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>MARCINGALLUS<br>775 PENRITH AVE<br>ELK GROVE VILLAGE, IL 60007 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __33__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,   Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marcin Kosinski<br>1701 Whitney Drive<br>Hanover Park, IL 60133 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>MARCO BRITO<br>6430 S CALIFORNIA AVE<br>CHICAGO, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Marco Machado<br>227 Nantucket Harbor<br>Schaumburg, IL 60193 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>MARCOSCANIZALES SOTO<br>2320 W 21ST ST<br>CHICAGO, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Marcos Machado<br>7810 S. Kenton Ave<br>Chicago, IL 60652 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __34__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Marcos Raffe<br>130 E Northwest Hwy Apt C<br>Des Plaines, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>Marek Bortnik<br>1036 Kane St<br>Aurora, IL 60505 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>MARIO HURTADO<br>2421 N MONITOR AVE # 1<br>CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>Mario Luna<br>5833 W Maple Ave<br>Berkeley, IL 60163 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br>MARIUSGURSKIS<br>1367 REDBRIDGE CT<br>GRAYSLAKE. IL 60030 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __35__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver.4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Christine Ye Young Lee_____,     Case No. _____
      **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Marius Timofti <br> 3123 W 83rd Place <br> Chicago, IL 60652 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> MARIUSZ GORSKI <br> 119 BLACKHAWK CT UNIT 4 <br> WOOD DALE IL 60191 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Marlon A. Ball <br> 1123 E. Melbourne Ave <br> Peoria, IL 61603 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Maximiliano Perez <br> 4051 W. Hirsch St <br> Chicago, IL 60651 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael Kwiat <br> 2734 N Troy St APt 2 <br> Chicago, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __36__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Christine Ye Young Lee_____,        Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michail Savramis<br>2204 Hollister Court<br>Plainfield, IL 60586 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Migeul Lewid<br>2174 N Mango Ave<br>Chicago, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Miguel Arredondo<br>116 Fellows Court Apt C<br>Elmhurst, IL 60126 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Miguel Rachitoff<br>4735 Lake Trail Drive Apt 1B<br>Lisle, IL 60532 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Miguel Vega<br>2637 S Kostner Ave<br>Chicago, IL 60623 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __37__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mihail Satalovici<br>1603 N Windsor Drive Apt 101<br>Arlington Heights, IL 60004 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Mirsad Mujdanovic<br>2915 N Austin Ave Apt 2<br>Chicago, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Monico Ramirez<br>2315 Gunderson Ave<br>Berwyn, IL 60402 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Nakia Anderson<br>7939 S. Sacramento Ave<br>Chicago, IL 60652 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Nicholas Renteria<br>1428 N Kedvale Ave<br>Chicago, IL 60651 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __38__ of __51__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,        Case No. _____
                   **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Ninoslav Petrov<br>5454 N Artesian Ave Apt 2E<br>Chicago, IL 60625 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.  2988 <br><br>North Shore University Healthsystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | | | Consideration: Credit card debt | | | | 105.15 |
| ACCOUNT NO. <br><br>Omar Pantoja<br>2338 W 24th St #3<br>Chicago, IL 60608 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br>Oscar Bernardino<br>3915 N. Kedzie Ave Apt 1<br>Chicago, IL 60618 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br>OSCAR GARCIA<br>6221 N KEDZIE AVE # B<br>CHICAGO, IL 60659 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __39__ of __51__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 105.15

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,     Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OSCAR GUTIERREZ<br>4003 S ARCHER AVE<br>CHICAGO, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Oscar Moreno<br>2723 W 38th St # 1<br>Chiacgo, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Oscar Ortega<br>10025 S Escanaba Ave<br>Chicago, IL 60617 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Pablo Altamirano<br>2435 W. Lunt Ave<br>Chicago, IL 60645 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Pablo Morales<br>3814 W 65th Place<br>Chicago, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __40__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____Christine Ye Young Lee_____,    Case No. _____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAUL CHAVEZ<br>343 S WOLF RD<br>WHEELING, IL 60090 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul Kopytko<br>5200 W. Warner Ave<br>Chicago, IL 60641 | | | Consideration: Credit card debt<br>Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Pawel Wolak<br>1101 Pleasant Run Dr<br>Wheeling, IL 60090 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Pedro Silva<br>4140 N Mozart St # C<br>Chicago, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>PHONG DO<br>920 W LAKESIDE PL APT 401<br>CHICAGO, IL 60640 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __41__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____ ,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRZEMYSLAW GALYSA<br>497 LESLIE CT APT 101<br>DES PLAINES, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>RAUL CARVAJAL<br>311 HILLSIDE DR<br>STREAMWOOD,IL60107 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Raul Rodriguez<br>29126 Foxingham Cir<br>Spring, TX 77386 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Raymond Wright<br>4047 S. Rockwell St<br>Chicago, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Remigiusz Stachyra<br>305 N Prospect Manor Ave<br>Mount Prospect, IL 60056 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __42__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Christine Ye Young Lee_____,    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RICARDO CARRILLO 6113 S ALBANY AVE APT 2 CHICAGO,IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. RICARDO GUEVARA 2143 N KILPATRICK AVE CHICAGO, IL 60639 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. Ricardo Soriano 5747 W 22nd Place Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. RICHARD GONZALEZ 3052 WEST 54 STAPT 2 CHICAGO, IL 60632 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. Rigobrerto Mendez 1625 S 49th Court Cicero, IL 60804 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __43__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rivaldo A. Avila <br> 3111 N. Monticello Ave #2 <br> Chicago, IL 60618 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Kurpiel <br> 7201 W. Wellington Ave Apt 2A <br> Elmwood Park, IL 60707 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Ruda <br> 7928 W Wellington Ave <br> Elmwood Park, IL 60707 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Slesik <br> 641 Beau Court Apt 1 <br> Des Plaines, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Robert Tosado <br> 1657 N Springfield Ave <br> Chicago, IL 60647 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __44__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,     Case No. _____
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roberto Velazquez<br>5610 Randolph St # 1<br>Hyattsville, MD 20784 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Ronell Langs<br>6751 N Sherdian Road<br>Chicago, IL 60626 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Rory Middleton<br>1520 Basswood Cir<br>Glenview, IL 60025 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Rosario Scott<br>5435 Lotus Ave<br>Chicago, IL 60638 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>ROY COLEMAN<br>1488 E PORTS O CALL DR APT 2N<br>PALATINE, IL 60074 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __45__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver.4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Christine Ye Young Lee_____,  Case No. _____
       **Debtor**         **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ruslan Lambru<br>5026 N Kimball Ave Apt 3<br>Chicago, IL 60625 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>SAID IVAN INFANTE<br>4640 N KASSON AVE # 3<br>CHICAGO, IL 60630 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>SANDROGARCIA<br>5834 S KILDARE AVE<br>CHICAGO, IL 60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Santigo Ramirez<br>4825 S Marshfield Ave<br>Chicago, IL 60609 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>SCOTTYGREENE<br>9128 S STEWART AVE<br>CHICAGO, IL 60620 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __46__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Christine Ye Young Lee_____,        Case No. _____
         **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sebastian Marquez<br>3246 N. Drake Ave<br>Chicago, IL 60618 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>SIDNEY CLAIBORNE<br>6807 S ROCKWELL ST APT 2<br>CHICAGO, IL60629 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Slawomir Kiraga<br>930 E Old Willow Road Apt 204<br>Prospect Heights, IL 60070 | | | Consideration: Credit card debt<br>Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Stanley P. Tabor<br>664 Morris Court<br>Lakemoor, IL 60051 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Stephan Zouras LLP<br>205 N. Michigan AVenue<br>Suite 2560<br>Chicago, IL 60601 | | | Represents creditor Ellenbacher | | | | Notice Only |

Sheet no. __47__ of __51__ continuation sheets attached        Subtotal ➤  | $ |        0.00
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Christine Ye Young Lee _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SULEJMAN HALILOVIC <br> 3040 EMERSON ST <br> FRANKLIN PARK,IL 60131 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> SVETOSLAV GROZDEV <br> 1842 W PALM DRAPT 279 <br> MT PROSPECT, IL60056 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Takeo Pshima <br> 334 Mannheim Road <br> Bellwood, IL 60104 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Tanmay Amin <br> 9497 Harrison Street <br> Des Plaines, IL 60016 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> TORREY COWART <br> 810 W CHURCH ST <br> URBANA, IL 61801 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __48__ of __51__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver.-4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,    Case No. _____
        **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Turmunkh Maidar<br>9389 Dee Road<br>Des Plaines, IL 60016 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>URIEL GALLEGOS<br>5206 W ROSCOE ST<br>CHICAGO, IL 60641 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Valentine Ramos<br>36 7th Ave<br>Arlington Heights, IL 60005 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Vernell Jackson<br>7316 S. Bell Ave Apt 2<br>Chicago, IL 60636 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>VICTOR M. CRUZ<br>1367 W GREENLEAF AVE<br>CHICAGO, IL 60626 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __49__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver.4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____Christine Ye Young Lee_____,          Case No. _____
               **Debtor**                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vladimir Levin<br>1526 Commanche Trail<br>Wheeling, IL 60090 | | | Consideration: Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>WALTERHENLEY<br>11025 S VERNON AVE<br>CHICAGO, IL 60628 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Walter Montero<br>2455 N 75th Ave #1<br>Elmwood Park, IL 60707 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>William Lustro<br>5354 9th Ave<br>Countryside, IL 60525 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO.<br><br>Wojciech & Peter Laszcz<br>6221 Berteau Ave<br>Chicago, IL 60634 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |

Sheet no. __50__ of __51__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-**** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Christine Ye Young Lee _____ ,        Case No. _____
            **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Yevegniy Nersesov <br> 665 E Fountianview Drive <br> Mundelein, IL 60060 | | | Member of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> Yevgeniy Babovich <br> 10 Old Oak Drive Apt 204 <br> Buffalo Grove, IL 60089 | | | Memerb of Class 4 Ellenbecker vs. North Star Cable & Christine Lee | | | | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _51_ of _51_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ | 1,162,041.68

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver.4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re   Christine Ye Young Lee                                     Case No. _____
              **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 382 Cherokee, LLC<br>PO Box 8423<br>Melrose Park, IL 60163 | Lease for residence<br>For the moment, Debtor is in possession of house as manager for owners. Rent is deferred until house is fixed up |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re   Christine Ye Young Lee
        **Debtor**

Case No. _____
        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

**Fill in this information to identify your case:**

Debtor 1     Christine Ye Young Lee
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     Northern          District of  IL

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:

  _____
  MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1. Fill in your employment information.** | | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Manager | |
| **Employer's name** | Elite Cable Communications LLC | |
| **Employer's address** | 1460 25th Street<br>Number   Street | Number   Street |
| | Melrose Park, IL 60160<br>City      State   ZIP Code | City      State   ZIP Code |
| **How long employed there?** | 2 years | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,166.67 | $ N.A. |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ N.A. |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 4,166.67 | $ N.A. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

Debtor 1  Christine Ye Young Lee

First Name          Middle Name          Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................. ➔ 4. | $ 4,166.67 | $ N.A. |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 853.90 | $ N.A. |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N.A. |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N.A. |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N.A. |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N.A. |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N.A. |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N.A. |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ N.A. |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 853.90 | $ N.A. |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,312.77 | $ N.A. |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N.A. |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N.A. |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N.A. |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N.A. |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N.A. |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N.A. |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N.A. |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ N.A. |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ N.A. |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,312.77 + $ N.A. = | $ 3,312.77 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12. $ 3,312.77

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Christine Ye Young Lee
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Northern    District of IL

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No
   ☒ Yes. Fill out this information for
   each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 17 | ☐ No  ☒ Yes |
| daughter | 15 | ☐ No  ☒ Yes |
| son | 13 | ☐ No  ☒ Yes |
| _____ | ____ | ☐ No  ☐ Yes |
| _____ | ____ | ☐ No  ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| **If not included in line 4:** | |
| 4a.    Real estate taxes | 4a. $ 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ 240.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

Debtor 1    Christine Ye Young Lee _____    Case number *(if known)*_____
            First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $_____250.00 |
| 6b.   Water, sewer, garbage collection | 6b. | $_____100.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____150.00 |
| 6d.   Other. Specify: _____ | 6d. | $_____0.00 |
| 7. **Food and housekeeping supplies** | 7. | $_____700.00 |
| 8. **Childcare and children's education costs** | 8. | $_____400.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____300.00 |
| 10. **Personal care products and services** | 10. | $_____100.00 |
| 11. **Medical and dental expenses** | 11. | $_____300.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____320.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____100.00 |
| 14. **Charitable contributions and religious donations** | 14. | $_____0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $_____0.00 |
| 15b.   Health insurance | 15b. | $_____0.00 |
| 15c.   Vehicle insurance | 15c. | $_____0.00 |
| 15d.   Other insurance. Specify:_____ | 15d. | $_____0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  _____ | 16. | $_____0.00 |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $_____0.00 |
| 17b.   Car payments for Vehicle 2 | 17b. | $_____0.00 |
| 17c.   Other. Specify:_____ | 17c. | $_____0.00 |
| 17d.   Other. Specify:_____ | 17d. | $_____0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.   Mortgages on other property | 20a. | $_____0.00 |
| 20b.   Real estate taxes | 20b. | $_____0.00 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| 20e.   Homeowner's association or condominium dues | 20e. | $_____0.00 |

Debtor 1    __Christine Ye Young Lee_____    Case number *(if known)*_____
        First Name    Middle Name      Last Name

21.  **Other**. Specify: __Car Mtc. Repairs ($100), Kids' Meds ($100)_____    21.  **+**$_____200.00

22.  **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22.  $_____3,160.00

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____3,312.77

    23b.  Copy your monthly expenses from line 22 above.    23b.  **–**$_____3,160.00

    23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $_____152.77

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re ___Christine Ye Young Lee_____

_____
Debtor

Case No. _____

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 5 | $ 145,173.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 52 | | $ 1,162,041.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,312.77 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 3,160.00 |
| **TOTAL** | | 69 | $ 145,173.00 | $ 1,162,041.68 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

# United States Bankruptcy Court

## Northern District of Illinois

In re   Christine Ye Young Lee _____   Case No. _____

Debtor

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   N.A. |
| Average Expenses (from Schedule J, Line 22) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Christine Ye Young Lee

In re _____    Case No. _____
                    **Debtor**                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 71 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date __August 10, 2014_____          Signature: __/s/ Christine Ye Young Lee_____
                                                                                    **Debtor**


Date _____          Signature: _____Not Applicable_____
                                                                              **(Joint Debtor, if any)**

                                                            [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                    _____
    Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date _____          Signature: _____

                                                                            _____
                                                                            [Print or type name of individual signing on behalf of debtor.]

    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------------------------------

    *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re  Christine Ye Young Lee                                      Case No. _____
                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

―――――――――――――――――――――

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT |                          SOURCE                          |
|------|--------|----------------------------------------------------------|
| 2014 | 28807  | Elite<br>(Salary reduced, now include house<br>rental and car) |
| 2013 | 98077  | Elite                                                    |
| 2011 | 24834  |                                                          |

B7 (Official Form 7) (04/13)                                                                                    2

---

**2.   Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2013 | 0.00 | |
| 2012 | 0.00 | |

---

**3. Payments to creditors**

None

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Unknown

---

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                    3

None

☒          *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or
           for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
           include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐          a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
           preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
           information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| American Express Bank, FSB v North Star Cable Construction Christine Lee 13 AR 960 | Collection | Circuit Court 19th Judicial Circuit Lake County, IL | Pending for for trial |
| Ellenbecker v. North Star et al 2013 L 001232 | Labor claim | Circuit Court Cook County Chicago, IL | Judgment |
| City Center Properties LLC North Star Cable et al 2013 L - 001102 | Law Suit Lease | Circuit Court Cook County Chicago, IL | pending |
| Capital One Bank v North Star and Christine Lee 14 AR - 00178 | Collection | Circuit Court 19th Jud Cir Lake County, IL Waukegan, Il | Pending |

B7 (Official Form 7) (04/13)                                                                                    4

---

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
       13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Charles Ellenbecker and class represented by him c/o Stephan Zouras LLP 205 N. Michigan Ave. #2650 Chicago, IL 60601 | Since March 2014 | 15% of gross wages per wage garnishment about $300 every two weeks. |
| Charles Ellenbecker and class represented by him c/o Stephan Zouras LLP 205 N. Michigan Ave. #2650 Chicago, IL 60601 | July 2014 | Buick Enclave (2010) worth $20000 subject to lien of $6000 to Fifth Third Bank |

---

**5.   Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
       both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
       assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒     year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
      must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None       List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒     case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
      member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
      12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.    Losses**

None       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or
      chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.    Payments related to debt counseling or bankruptcy**

None       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐     for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
      bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| David Leibowitz Lakelaw 420 West Clayton Street Waukegan, IL 60085 | 8/7/14 Payor: Ock Lee & Poon Soo Lee | $5,000 plus filing fee |

B7 (Official Form 7) (04/13)                                                                                                                    6

**10. Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☐        of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
         of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
         whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Dheerendra R. Kommala<br>Padmaja Guntana<br>1255 town Center Road, #5P<br>Vernon Hills, IL 60061<br>  Relationship: Arms Length buyer short sale | 3/4/2013 | House 1880 S James Court N<br>Lake Forest, IL$27,500 HIN Incentive<br>$2,500 COOP Incentive |

        b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case
        to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒        were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
         Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
         accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
         institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
         instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒    valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☒    preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Christine Lee as custodian for children | Savings accounts for kids Source of funds, late fathers SS | JP Morgan Chase Bank aggregate appx. $50,000 |
| Christine Lee as custodian for kids | Custodian account for children Source 20 years ago $5000 | Merrill Lynch |

**15. Prior address of debtor**

None    If the debtor has moved within the three years immediately preceding the commencement of this case, list all
☐    premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 11 June Terrace Lake Forest, IL 60045 | Christine Lee | March 2013 - May 2014 (rental) |
| 1880 S James Court N Lake Forest, IL 60045 | Christine Lee | 2001-2013 |

B7 (Official Form 7) (04/13)                                                                                              8

---

None

☒

**16.  Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                                    9

**18. Nature, location and name of business**

None
☐
a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| North Star Cable Construction | 36-4241515 | | Cable Installation (100% owner) | 2002-2012 |
| Elite Cable Communications LLC | 46-0813316 | 1460 25th Avenue Melrose Park, IL 60160 | Installation of cable systems (owned 99% by mother and cousin and who may have given 1% to debtor for MB-WB-E purposes) | 2012-2014 |

None
☒
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)                                                                                    10

---

**19. Books, record and financial statements**

None  a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐        bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

Steve Svendsen                                                  2012-present
736 Western Ave
Suite 123
Lake Forest, IL 60045

---

None  b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒        have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                      DATES SERVICES RENDERED

---

None  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐        of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

Steve Svendsen                            736 N. Western Ave
(both North Star/Elite)                   Suite 123
                                          Lake Forest, IL 60045

---

None  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒        financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                          DATE
                                                         ISSUED

---

**20. Inventories**

None  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒        taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None   b.     List the name and address of the person having possession of the records of each of the two inventories
☒            reported in a., above.

DATE OF INVENTORY                                    NAME AND ADDRESSES OF CUSTODIAN OF
                                                              INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None   a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

NAME AND ADDRESS                    NATURE OF INTEREST                      PERCENTAGE OF INTEREST

Poon Soo Lee                        Member Elte                            50

Bobby Kim                           Member Elite                           49

Christine Lee                       Member Elite                           1
                                    (Debtor believes she has 1%
                                    interest but no records to support

None   b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐            or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE OF
                                                                          STOCK OWNERSHIP

Christine Lee                       Manager  - Elite               1% ownership (maybe)
                                                                   no documentation - supposed to
                                                                   exist for MB WB E certification

### 22. Former partners, officers, directors and shareholders

None   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☐            preceding the commencement of this case.

NAME                            ADDRESS                          DATE OF WITHDRAWAL

Christine Lee                   Was 100% owner and manager       2012
                                of North Star - this is defunct
                                it made and Assignment for
                                Benefit of Creditors

None   b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☐            within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

Christine Lee - North Star          Sole Owner                     2012 Assignment for Benefit of
                                                                   Creditors

B7 (Official Form 7) (04/13)                                                                                          12

### 23. Withdrawals from a partnership or distribution by a corporation

None   ☒         If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
                 including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
                 during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group

None   ☒         If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
                 any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
                 period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds

None   ☒         If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
                 which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
                 immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

*      *      *      *      *      *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date   August 10, 2014                        Signature        /s/ Christine Ye Young Lee
                                              of Debtor        CHRISTINE YE YOUNG LEE

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                          13

<u>    0    </u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Christine Ye Young Lee

In re _____ , Case No. _____

                Debtor                                                  Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1    NO SECURED PROPERTY | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

    ☐ Surrendered                 ☐ Retained

If retaining the property, I intend to *(check at least one)*:

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

    ☐ Claimed as exempt              ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

    ☐ Surrendered                 ☐ Retained

If retaining the property, I intend to *(check at least one)*:

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

    ☐ Claimed as exempt              ☐ Not claimed as exempt

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: August 10, 2014 _____

/s/ Christine Ye Young Lee
_____
Signature of Debtor


_____
Signature of Joint Debtor

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re  Christine Ye Young Lee

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ................................................ $  _____5,000.00_____

Prior to the filing of this statement I have received .........…………….............. $  _____5,000.00_____

Balance Due ....................................………………………………….............. $  _____0.00_____

2.    The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)    Ock Lee &  Poon Soo Lee

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation in adversary and contested matters.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 30931-302Y-***** - PDF-XChange 3.0

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

August 10, 2014
_____
Date

/s/ David Leibowitz
_____
Signature of Attorney

Lakelaw
_____
Name of law firm



420 West Clayton Street
Waukegan, IL 60085-4216

T: +1 847.249.9100
F: +1 847.249.9180
www.lakelaw.com

August 7, 2014

### ATTORNEY - CLIENT LEGAL SERVICE AGREEMENT AND HANDBOOK BETWEEN LAKELAW ("A DEBT RELIEF AGENCY") AND CHRISTINE LEE ("CLIENT")

Christine Lee
382 Cherokee Road
Lake Forest, IL 60045

RE:    Engagement Letter for Chapter 7 Bankruptcy Case

Dear Ms. Lee:

Welcome to Lakelaw. We thank you for choosing us to represent you in your Chapter 7 case. We look forward to working with you and serving your legal needs in this matter.

We would like to offer you the following engagement agreement for your Chapter 7 bankruptcy case based on our initial brief and preliminary analysis of your situation. Our agreement may be subject to change based on a more detailed analysis of your case and the "Means Test" as required by the Bankruptcy Code. We will inform you if any such changes are required.

### INTRODUCTION

Our purpose in representing you in a case under Chapter 7 of the Bankruptcy Code is to assist you in obtaining a discharge in bankruptcy. This will relieve you of your obligation to pay most, if not all of your debts. We will also assist you in reaffirming, or agreeing to continue to pay, any debts you have, secured by real estate or personal property you would like to keep.

Since the Bankruptcy Code was amended in 2005, Congress has set up consumer bankruptcy cases like an obstacle course. We can provide guidance, but you must do your part and carefully follow our instructions. Otherwise, your case could be dismissed or you could lose your discharge.

Under the Bankruptcy Code, clients and lawyers must prepare detailed schedules and statements to be filed in the Bankruptcy Court. These papers will be reviewed very closely by the United States Trustee, which is a division of the United States Department of Justice, responsible for oversight of all bankruptcy cases. Your papers also will be reviewed by a private Chapter 7 trustee and perhaps the court. So accuracy and honesty in all respects is vital.

Failure to be accurate and honest in all respects could lead to loss of your right to receive a discharge in bankruptcy and in extreme cases could lead to serious criminal prosecution.

Once you decide to hire us as your bankruptcy attorneys, please let your creditors know. They cannot call or harass you anymore. They must call us, and if they don't, we can sue them under the Fair Debt Collection Practice Act. If you decide to hire us as, you can't use your credit cards anymore. We'll ask you if you have used them since credit card companies may try to make you pay for recent charges even though you have filed bankruptcy. If someone

other than you is paying your attorney's fees, please let us know.  They will have to sign a waiver recognizing that you are our client and that we report to you even though someone else is paying your fee.

Because bankruptcy is a complex process – some say unnecessarily complex – our Agreement with you is not just a statement of our duties to you and your duties to us and the court.  It is also a guide to the process and a handbook for you to refer to in making sure that you do what you are supposed to in dealing with the bankruptcy system, the trustee, and the bankruptcy court.

## YOUR OBLIGATIONS UNDER THE BANKRUPTCY CODE:

The Bankruptcy Code imposes some very detailed and specific obligations on you as a debtor.  It is vital that you do all of these things for you to be able to get your discharge.  We will do everything we can do to do our part and we'll depend on you to do everything required on your part.

- ❑ You must take credit counseling from an approved provider within 180 days prior to filing your petition, but before the actual day on which you file your petition

- ❑ You must provide accurate and complete information for your bankruptcy petition, schedule and statement of financial affairs

- ❑ You must disclose all lawsuits you are involved in whether you are a plaintiff or defendant, even if they haven't started in court yet

- ❑ You must disclose all transfers of property to friends or relatives within the past 4 years

- ❑ You must disclose all transfers of anything for less than it was worth within the past 4 years

- ❑ You must disclose all payments to creditors 90 days before you file your bankruptcy case

- ❑ You must disclose all payments to friends or relatives on account of debts within the year before you file your bankruptcy case

- ❑ You must decide whether to keep, surrender, or redeem (refinance) loans secured by real estate or personal property and indicate that on your bankruptcy petition

- ❑ You must give us your most recent income tax return or tax transcript and all "pay advices" or "pay stubs" received in the 60 days before you file your bankruptcy petition

- ❑ You must cooperate fully with the bankruptcy trustee appointed to oversee your case

- ❑ If your case is selected for audit, you must cooperate with the auditor

- ❑ You must appear at the "meeting of creditors" with the trustee appointed to oversee your case, which will happen within 30-40 days of filing of your case

- ❑ You must complete any reaffirmation agreement within 45 days after the date first scheduled for your first meeting of creditors

- ❑ ***You must complete a financial management course – we recommend BE Adviser at <u>www.beadviser.com</u> – 45 days after your first meeting of creditors.  The fee for this course is $11.00 that you will pay BE Adviser directly.  <u>If you do not take the course and provide the certificate, your case will be closed, but not discharged.  We must then reopen the case and charge you both attorney's fees and costs for this process.</u>***

## STEP ONE:  ANALYSIS OF THE "MEANS TEST"

### Before you can file a Chapter 7 case – and get a discharge of all your debts:

Congress requires that you prove that your Chapter 7 case is not an "abuse" of the bankruptcy system.  People who make less than the median income for their family-size are not presumed to be abusing the system by filing Chapter 7.  We still have to examine your budget of income and expenses to see if your case might be considered to be an abuse.  People who have disposable income are supposed to file Chapter 13 cases in most instances.

People earning more than the median income are presumed to be abusing the bankruptcy system by filing Chapter 7 unless they pass the "means test".  To see whether you pass the means test, we complete a detailed analysis.  We charge you for this whether or not you decide to file a bankruptcy case.  If you do file a bankruptcy case, the charge for the "means test" analysis is applied to your overall attorney's fees for bankruptcy services.

### Your First Homework Assignment:

In order for us to determine whether you are eligible to file a Chapter 7 case, we have to analyze and evaluate your financial situation.  And in order to do this, we are required to perform a "means test analysis."  To do this, you must provide the following documents to us.

- ❏ Pay stubs or payment advices from your salaried employment for the past six months.

  - ➢ If you have not been employed during this period, you must give us your unemployment records including payments of unemployment benefits

  - ➢ If you are self-employed, you must give us evidence of your gross income and any business expenses deducted from your gross income for the past six months

  - ➢ We must have records from the six-month period before your filing date.  If we have to redo your means test because your filing is delayed, we will charge additional fees

- ❏ Current credit report.  You may obtain this from www.annualcreditreport.com

  - ➢ We highly recommend that you obtain a recent credit report from all three major credit reporting agencies (Experian, Equifax, TransUnion)

- ❏ Completed "Means Test Questionnaire"

If you earn less than the median income for a family your size, you "pass" the means test without the need for additional analysis.  However, if you make more than the median income, you must provide additional information for us to determine if you are eligible to file a Chapter 7 case.

**Here is the data we absolutely need to perform the mandatory means test analysis as prescribed by Congress for those earning more than the median income.**  Please have it ready if we request it.  You may want to check-off each item as you gather and send your records.

- ❏ Last 90 days of bills that you got from your creditors regardless whether you paid them.

- ❏ Last 90 days of bank statements and check registers

- ❏ Documents regarding any sale or transfer of any property within the last 2 years

- ❏ Documents regarding any transfer or payments to relatives within the last 2 years

- ❑ Income Tax Returns for the past 3 years

- ❑ Copies of motor vehicle certificates of title

- ❑ Copies of mortgages recorded against your real estate

- ❑ Copies of any listing contracts for your real estate

- ❑ Copies of any pension plan, IRA or other retirement accounts and data concerning any withdrawals within the past 6 months

- ❑ Copies of life insurance policies you currently own, particularly with cash surrender value

- ❑ Copies of any pleadings for any lawsuit involving you

- ❑ Copies of any financing documents for any refinancing or non-purchase money, second or third mortgage loans obtained with the last 3 years.

- ❑ Copies of the most recent bills on mortgages, auto loans, life and health insurance policies

- ❑ Records of actual medical expenses during the past six months.

- ❑ Records of tuition for private or parochial school paid during the past six months.

- ❑ Records concerning charitable contributions given during the past six months.

- ❑ Records concerning internet or telecommunication expenses during the past six months

- ❑ Records concerning child support or alimony paid or received during the past six months.

Please provide all of this information to our Consumer Bankruptcy Coordinator as soon as possible. We cannot even begin to work on your bankruptcy petition, statement of financial affairs or filing until we have completed your "means test analysis." That's because we can't know for sure that you are eligible to file a Chapter 7 case until we complete your "means test analysis."

In some instances, Chapter 13 may be a better option, in which case, we will offer you the standard Chapter 13 Engagement Agreement and fees as prescribed by the Bankruptcy Court. If Chapter 13 is an option, we will discuss the benefits and risks with you so you can make an informed decision. If you file a Chapter 13, the $500 means test fee is applied to your Chapter 13 case. If you choose not to file, the $500 means test fee is not refundable.

**Your Second Homework Assignment:**

As soon as you decide to file for bankruptcy, you must obtain credit counseling from a credit counselor approved by the United States Trustee. We typically recommend DebtorWise at www.debtorwise.org. There is a fee of $25.00 for this course that you will pay directly to DebtorWise. *Both you and your spouse, if your spouse is filing, must take credit counseling. You must complete the course and an interview with the credit counselor to get the credit counseling certificate. You must have this certificate before you file. If you don't, your case will be dismissed and you will have to start the process again. Do this right away, preferably as soon as you sign this Agreement.*

**STEP TWO:  BANKRUPTCY PETITION & STATEMENT OF FINANCIAL AFFAIRS**

**Paying your Fee:**

Once we have completed your means test, you and we at Lakelaw want to get your case filed as soon as possible because the "means test" accounts for your situation during the most recent six months. If another month passes, the original means test analysis is no longer valid. We'll have to do it again taking into account your income and expenses for the most recent month.

In addition, we can't file your bankruptcy petition until you have paid us in full under our Agreement. The last thing you or we want is for you to get bankruptcy relief but still owe us money. Not only that, but owing us money could put us in a conflict of interest with you. We want to avoid that and think you do too. During Step Two, please pay all fees due Lakelaw. You are also asked to provide us with the balance of the information we need to prepare your bankruptcy petition.

Most clients provide basic information necessary through our online questionnaire. Please check frequently with our Consumer Bankruptcy Coordinator to ensure that we are informed about all of your assets, debts, and financial activities for the past several years. Don't leave out anything. You will have opportunities to talk with your attorneys to discuss all aspects of your case.

During this phase, you will have both legal questions and technical questions. Most of your questions can be answered by our experienced and capable Consumer Bankruptcy Coordinators as well as the information on our website. Please email legal questions you may have to any of our lawyers with whom you have worked. If a brief phone call is needed, your lawyer will contact you.

In general, after your initial consultation with a Lakelaw attorney, you won't need to meet personally with your attorney until your petition is ready to be filed. At that time, you and your attorney will again review your entire situation to be sure that everything is in order.

## FEES & CHARGES FOR SERVICES AND PAYMENT TERMS & PERFORMANCE OF "STANDARD SERVICES"

You, the client, agree to pay all fees in full prior to meeting with your attorney for final review and filing of the Chapter 7 case. You may contact our consumer bankruptcy coordinator to discuss all details of your case and communicate with your attorney to discuss legal issues as needed, preferably by email.

All fees must be paid in full within 120 days of the date of this Agreement. If fees are not paid within 120 days of this Agreement, all payments are deemed earned and are not refundable.

If Lakelaw and Client both agree to continue this legal engagement beyond 4 months after the date of this Agreement, additional work will be needed to update your schedules, statement of financial affairs and means test, and additional fees will be charged.

The Bankruptcy Code requires us to advise you that nothing in this Agreement shall be deemed to be advice, that you must pay an attorney's fee to a Debt Relief Agency. Moreover, Lakelaw specifically states that Clients shall under no circumstances incur additional debt in order to satisfy Client's obligations under this Agreement.

### WHAT LAKELAW WILL DO FOR YOU – STANDARD SERVICES:

Our fee includes compensation for the following **"standard services"**

- Analysis of your financial condition;

- Advice on seeking relief under Chapter 7 or Chapter 13 of the Bankruptcy Code;

- Assisting you to assemble all documents required to file a petition under the Bankruptcy Code;

- Advising you about the availability of exemptions under applicable law to allow you to keep certain property even though you are filing a bankruptcy case;

- Assisting you in meeting all requirements before making a petition for relief under the Bankruptcy Code and in meeting all conditions to obtain a discharge, if you are eligible;

- Preparing you for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting you with reaffirmation agreements, if applicable;

- Assisting with routine lien avoidance proceedings, if applicable – under the Bankruptcy Code, you can avoid certain judgments against real estate and certain liens against personal property – like a lien you may have granted to secure a personal loan;

- Assist in enforcing of the automatic stay, if required, to stop creditors from collecting debts against you;

- Arranging for electronic filing of the Client's bankruptcy petition and supporting papers;

- Communicating with your bankruptcy trustee;

- Communicating with your creditors, as necessary;

- Review of mortgage loans for Truth in Lending Act or other mortgage-related violations;

- Pursuit of any claims under Fair Debt Collection Practices or other Consumer Protection Acts

## FEES CHARGABLE AFTER FILING OF CASE:

After filing your Chapter 7 Case, you agree to pay Lakelaw for services rendered due to failure to provide the necessary information before we filed your case:

| | |
|---|---|
| **Amendments to Schedules:** | $250.00 up to 6 creditors<br>$50.00 for each additional 6 creditors |
| **Service of amended schedules on creditors added:** | $30.00 |
| **Fee to reopen case due to failure to obtain financial management certificate:** | $250 plus $260 filing fee |
| **Attorney time for attending 2004 exams:** | Attorney's hourly rate |
| **Fee for failing to attend scheduled meeting of creditors (unless due to medical or other emergency):** | $250.00 |

## ADDITIONAL SERVICES NOT INCLUDED OR COVERED BY THE AGREEMENT:

Lakelaw may require an additional retainer for "Additional Services" beyond the "Standard Services" listed, and is not obligated to provide additional services until after receiving this retainer.

## Examples of "Additional Services" include, but are not limited to:

- Defending claims that your Bankruptcy Petition constitutes "Abuse" under the Bankruptcy Code

- Defending claims that one or more debts are non-dischargeable

- Defending claims that you are not entitled to a discharge under the bankruptcy code

- Defending matters arising from your failure to disclose material facts, your failure to provide required documents, any false statement you may make in your bankruptcy petition, schedules, Statement of Financial Affairs, or any documents provided or to be provided in support thereof.


You agree to pay attorney's fees for all Additional Services at the prevailing hourly rates of the attorneys at Lakelaw. At the present time these hourly rates are as follows:

| | |
|---|---|
| David P. Leibowitz | $650/hour |
| Jonathan T. Brand | $375/hour |
| Carrie A. Zuniga | $325/hour |
| Ryan A. Blay | $325/hour |
| Justin R. Storer | $325/hour |

## STEP THREE: THE "341 MEETING"

Once we file your case, your responsibilities are to address reaffirmation agreements, take a financial management course, and attend a 341 Meeting. You must attend this meeting. If you do not attend, the case may be dismissed, and you will not be refunded any portion of our fees or costs.

**You must bring to the following documents to your 341 Meeting:**

- ❑ Driver's license, state ID card or passport showing your identity and photograph

- ❑ Social security card or other official document showing your social security number

Please arrive at the appointed location at least 15 minutes prior to your meeting so that your attorney can brief you about this meeting. Also, read the "Bankruptcy Information Sheet," which is available at the meeting for your convenience. The trustee may ask you whether you have done so.

If you fail to attend the 341 Meeting, we will charge an additional $250 unless you document an emergency or medical reason for not having attended.

## STEP FOUR: DISCHARGE

In most instances, you will have nothing further to do after the 341 Meeting. Sometimes, the trustee or the United States Trustee may ask for additional information. Each case is different. Your lawyer will consult with you if anything further is required. In most cases, you will receive your discharge from the clerk of the bankruptcy court 60 days after your 341 Meeting.

## ACKNOWLEDGEMENT OF RECEIPT OF DISCLOSURES

Client acknowledges that Client has received copies of all Disclosure Documents attached to this Agreement, all of which posted on our website at www.bankruptcy.lakelaw.com/disclosure.html

**These documents include:**
- The Clerk's Notice mandated by Section 342(b) & Section 5213(a) of the Bankruptcy Code

- "Important Information About Bankruptcy Assistance Services From an Attorney or Bankruptcy Petition Preparer" mandated by Section 528(b) of the Bankruptcy Code
- "Notice to Be Provided Pursuant to Section 528(c) of the Bankruptcy Code."
- "Notice to Be Provided Pursuant to Section 528(a) of the Bankruptcy Code"

*THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY & CONSPICUOUSLY INFORM YOU THAT:*

**"WE ARE A DEBT RELIEF AGENCY.  WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE"**

You understand that Lakelaw is unwilling to represent you without an advance payment retainer.  You agree this is an "advance payment retainer" and it is placed immediately in our general account.

At your option, you may require us to treat this as a security retainer.  The choice of retainer is yours alone. The reason we propose to treat this as an advance payment retainer is that this is perhaps the first time and only time you will be our client.  We have not made any inquiries into your credit-worthiness and you desire our immediate attention to this matter.  We will immediately or soon thereafter be utilizing the funds provided in this advance retainer in any event.  We agree that it is to your advantage that we give our immediate and dedicated attention to this matter.

Accordingly, by executing this agreement, you agree the retainer is an advance payment retainer.

**If You Decide Not to File Your Bankruptcy Case:**

If you decide not to file your bankruptcy case, you understand and agree that we will have expended substantial time and effort on your behalf.  Under these circumstances, we will bill you for our time at our standard hourly rates, ranging from $650/hour for Mr. Leibowitz to $100/hour for our paralegals.  The maximum that we will bill you will be the funds you have paid us until the date you determine not to file your case and so advise us.  Any unearned fees will be paid.  Costs not utilized will be applied to fees earned.  Otherwise, fees and costs will be refunded to you.

_____   8/7/14
Lakelaw/Carrie A. Zuniga              Date

_____   8/7/14
Christine Lee                        Date

# SCHEDULE A:  CHAPTER 7 FEES & COSTS
## BASE FEES & COSTS – 'NON-COMPLEX' CHAPTER 7 CASES

### FEES PAYABLE PRIOR TO FILING BANKRUPTCY PETITION

| ITEM | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| *BASE / MEANS TEST FEE* | Includes Petition, Statement of Financial Affairs & related documents. Fee may increase due to case complexity. | $5,000.00 | $5,000.00 |
| *COMPLEX MEANS TEST ANALYSIS FEE* | Fee if you earn above-median income for complex Means Test Analysis. If, after reviewing 6 months of pay stubs, we determine that a Means Test Analysis is not required, the fee is reduced to the base price of $2,200. | $500.00 | $0.00 |
| *REAFFIRMATION AGREEMENT FEE* | Fee for **each** reaffirmation agreement.  (Agreements with secured creditors who hold security or collateral for debts—like mortgage lenders & auto finance companies—allowing you to keep the collateral & continue paying the debt) | $100.00 | $0.00 |
| *LOAN TERMS MODIFICATION FEE* | Fee to modify loan terms on reaffirmation | $500.00 | $0.00 |
| *PERSONAL PROPERTY REDEMPTION FEE* | Fee for redemption of personal property.  (You can pay current cash value to satisfy secured debts—often used for cars) | $300.00 | $0.00 |
| *CREDITOR LETTER SERVICE FEE* | Service fee for **each** letter sent to creditors | $1.00 | $0.00 |
| *LIEN AVOIDANCE MOTION FEE* | Fee for lien avoidance motions.  (To avoid judgment liens, liens that impair exemptions, or liens arising within 90 days of filing) | $200.00 | $0.00 |
| *DATA-ENTRY FEE* | We **strongly** recommend completing the online questionnaire to avoid this **extra charge** of $100.00 & up | $100.00 | $0.00 |
| *POWER OF ATTORNEY FEE* | Power of Attorney fee if a co-debtor cannot attend meeting of creditors with trustee | $100.00 | $0.00 |
| *REMOTE MEETING LOCATION FEE* | Fee for remote meeting of creditors | $150.00 | $0.00 |
| *DISCOUNT  (IF APPLICABLE)* | 20% discount (**on fees**) - active-duty military & retired veterans | | $0.00 |
| | | **SUBTOTAL [FEES]:** | $5,000.00 |

### COSTS PAYABLE PRIOR TO FILING BANKRUPTCY PETITION

| ITEM / DESCRIPTION | TOTAL |
|---|---|
| Filing Fee to Bankruptcy Court | $335.00 |
| Mandatory Pre-Bankruptcy Briefing (**must occur before filing**)* | $0.00 |
| Pre-discharge financial training (**must complete in order to close case**)* | $0.00 |
| **SUBTOTAL [COSTS]:** | $335.00 |
| **TOTAL [FEES + COSTS]:** | $5,335.00 |

\* Lakelaw recommends that you use the service or services below to complete your mandatory credit counseling & personal financial management courses.  (The prices above reflect the cost of this service):

Credit Counseling:            www.debtorwise.org

Personal Financial Management: www.BEAdviser.com