**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEE, CHRISTINE YOUNG                              § Case No. 14-29989-ABG
                                                         §
                                                         §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $134,973.00  *(without deducting any secured claims)* | Assets Exempt: $126,005.00 |
| Total Distribution to Claimants: $4,982.26 | Claims Discharged Without Payment: $1,121,541.46 |
| Total Expenses of Administration: $1,517.74 | |

    3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,517.74 | 1,517.74 | 1,517.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 108,283.72 | 108,283.72 | 4,982.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,121,541.46 | 1,121,541.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,231,342.92 | $1,231,342.92 | $6,500.00 |

4) This case was originally filed under Chapter 7 on August 14, 2014. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2017    By: /s/JOHN E. GIERUM
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Art Framed painting acquired years ago at an art | 1129-000 | 955.88 |
| D iamond N ecklace "tennis necklace" Residence | 1129-000 | 3,186.27 |
| D iamond Bracelet "tennis bracelet" Cherokee Res | 1129-000 | 1,274.50 |
| Lady's Rolex Watch Resale value estimated - 2-to | 1129-000 | 637.26 |
| Pearl necklace (estimated 6mm size) -18 inches D | 1129-000 | 318.63 |
| Pearl earings | 1129-000 | 63.73 |
| 1% Membership interest in Elite Cable Communicat | 1129-000 | 63.73 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 4.60 | 4.60 | 4.60 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.92 | 2.92 | 2.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.22 | 10.22 | 10.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,517.74 | $1,517.74 | $1,517.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Department of the Treasury | 5800-000 | N/A | 108,283.72 | 108,283.72 | 4,982.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $108,283.72 | $108,283.72 | $4,982.26 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 14,231.52 | 14,231.52 | 0.00 |
| 2 | City Center Properties LLC | 7100-000 | N/A | 171,026.40 | 171,026.40 | 0.00 |
| 3U | Department of the Treasury | 7100-000 | N/A | 689,122.98 | 689,122.98 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,883.80 | 11,883.80 | 0.00 |
| 5 | Lewis Johnson | 7100-000 | N/A | 3,800.00 | 3,800.00 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 2,260.47 | 2,260.47 | 0.00 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 21,720.60 | 21,720.60 | 0.00 |
| 8 | Charles Ellenbecker and Valentin Ramos | 7100-000 | N/A | 197,856.17 | 197,856.17 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 9,639.52 | 9,639.52 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,121,541.46 | $1,121,541.46 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29989-ABG  
**Case Name:** LEE, CHRISTINE YOUNG

**Period Ending:** 09/13/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/14/14 (f)  
**§341(a) Meeting Date:** 09/11/14  
**Claims Bar Date:** 12/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash Debtor's purse<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 2 | Chase Bank Checking Debtor is paid bi-weekly net<br>Imported from original petition Doc# 1 | 1,600.00 | 495.00 | | 0.00 | FA |
| 3 | K itchen items K itchen - table and six chairs (<br>Imported from original petition Doc# 1 | 280.00 | 280.00 | | 0.00 | FA |
| 4 | Bedroom Items - 15-25 years old 3 beds (full/ qu<br>Imported from original petition Doc# 1 | 590.00 | 590.00 | | 0.00 | FA |
| 5 | Living Room Items coffee table ($50) center tabl<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Television (Sony wall mounted) Living room<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | bathroom items<br>Imported from original petition Doc# 1 | 10.00 | 10.00 | | 0.00 | FA |
| 8 | Art Framed painting acquired years ago at an art<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 955.88 | FA |
| 9 | Pictures Small painting or pictures believed not<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 10 | N ormal wardrobe of woman's wearing apparel Debt<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | D iamond N ecklace "tennis necklace" Residence<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 3,186.27 | FA |
| 12 | D iamond Bracelet "tennis bracelet" Cherokee Res<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 1,274.50 | FA |
| 13 | D iamond Earings Gift from late husband Debtor h<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | Lady's Rolex Watch Resale value estimated - 2-to<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 637.26 | FA |
| 15 | Pearl necklace (estimated 6mm size) -18 inches D<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 318.63 | FA |
| 16 | Pearl earings<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 63.73 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29989-ABG  
**Case Name:** LEE, CHRISTINE YOUNG  

**Period Ending:** 09/13/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/14/14 (f)  
**§341(a) Meeting Date:** 09/11/14  
**Claims Bar Date:** 12/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 20 year old golf clubs<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 18 | IRA Fifth Third Bank (Frozen per citation to dis<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 19 | SEP - IRA -Merrill Lynch Merrill Lynch<br>Imported from original petition Doc# 1 | 26,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1% Membership interest in Elite Cable Communicat<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 63.73 | FA |
| 21 | Refund of retainer from Alan Segal (tax attorney<br>Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 22 | Life insurance Policy 100070595 AtheneAnuity and<br>Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 23 | Potential malpractice claim against Alan Segal<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 24 | 2007 Honda 0 dyssey (120,000 miles) 382 Cherokee<br>Imported from original petition Doc# 1 | 10,043.00 | 3,643.00 | | 0.00 | FA |
| 25 | Ford Taurus - 2013 - 10,000 - possessory interes<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Cell Phone possessory interest - owned by Elite<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Apple lap top computer (7 years old)<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 28 | Leasehold residence/employment perk  (S) | 0.00 | 0.00 | | 0.00 | FA |
| 28 | **Assets** Totals (Excluding unknown values) | **$145,173.00** | **$19,168.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Settled value of assets and approved by court, evaluating claims.

    Evaluating claim and to do TFR

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-29989-ABG  
**Case Name:** LEE, CHRISTINE YOUNG

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/14/14 (f)  
**§341(a) Meeting Date:** 09/11/14

**Period Ending:** 09/13/17

**Claims Bar Date:** 12/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** June 14, 2017 (Actual)

Printed: 09/13/2017 10:40 AM    V.13.30

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-29989-ABG  
**Case Name:** LEE, CHRISTINE YOUNG  

**Taxpayer ID #:** **-***3617  
**Period Ending:** 09/13/17  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/23/16 | | Christine Y. Lee | | | 6,500.00 | | 6,500.00 |
| | {8} | | 955.88 | 1129-000 | | | 6,500.00 |
| | {12} | | 1,274.50 | 1129-000 | | | 6,500.00 |
| | {11} | | 3,186.27 | 1129-000 | | | 6,500.00 |
| | {14} | | 637.26 | 1129-000 | | | 6,500.00 |
| | {15} | | 318.63 | 1129-000 | | | 6,500.00 |
| | {16} | | 63.73 | 1129-000 | | | 6,500.00 |
| | {20} | | 63.73 | 1129-000 | | | 6,500.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,490.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,480.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.22 | 6,469.78 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,459.78 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,449.78 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,439.78 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,429.78 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,419.78 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #14-29989, Bond Premium 02-01-17 to 02-01-18 | 2300-000 | | 2.92 | 6,416.86 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,406.86 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,396.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,386.86 |
| 08/16/17 | 102 | Department of the Treasury | First and Final Distribution | 5800-000 | | 4,982.26 | 1,404.60 |
| 08/16/17 | 103 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,404.60 | 0.00 |
| | | | Dividend paid 100.00% on $1,400.00;  Claim# ; Filed: $1,400.00; Reference: TEE   1,400.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $4.60;  Claim# ; Filed: $4.60;  Reference: TEE EXP   4.60 | 2200-000 | | | 0.00 |

Subtotals :    $6,500.00    $6,500.00

{} Asset reference(s)  
Printed: 09/13/2017 10:40 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-29989-ABG  
**Case Name:** LEE, CHRISTINE YOUNG  

**Taxpayer ID #:** **-***3617  
**Period Ending:** 09/13/17  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,500.00 | 6,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.00** | **$6,500.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3666** | 6,500.00 | 6,500.00 | 0.00 |
| | **$6,500.00** | **$6,500.00** | **$0.00** |